No. 861. PRIEBE & SONS, INC. *v.* UNITED STATES. March 10, 1947. Petition for writ of certiorari to the Court of Claims granted. *Samuel Williston, J. Arthur Miller* and *Allen H. Gardner* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett, John Ford Baecher, Paul A. Sweeney* and *Melvin Richter* for the United States.